**R. B. Pyron, defendant in error, v. S. P. Allen, plaintiff in error. Gen. No. 28,665.**

Action on transcript of judgment. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John B. Crabtree, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed. Opinion filed June 27, 1924.

Chester D. Kern and Ernest Saunders, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**David Bronstein, plaintiff in error, v. M. Philip Ginzburg, defendant in error. Gen. No. 28,843.**

Action for libel. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed June 27, 1924.

Kremer, Branand & Hamer, for plaintiff in error; Robert Branand, Jr., of counsel. James J. Glassner, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

**James E. Deming, administrator of the estate of William Hollenbeck, deceased, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 28,912.**

Action for death by wrongful act. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed June 27, 1924.

Charles LeRoy Brown, for appellants; John R. Guilliams, Joseph D. Ryan and Frank L. Kriete, of counsel. Charles C. Spencer, for appellee.

Mr. Justice Barnes delivered the opinion of the court.